UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA SOTO, an individual, LATANYA ANDREWS, an individual, MARCELO M.S., a minor, and MARLENIE M.S., a minor, by and through their guardian ad litem, SILVIA SOTO, in each case both individually and as successors-in-interest to the ESTATE OF MARSHALL MILES, Deceased,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, SCOTT JONES and DOES 1 THROUGH 100, Inclusive,<br><br>Defendants | Case No.: 2:19-cv-00910-TLN-DB<br><br>**ORDER SEALING DOCUMENTS** |

For good cause shown, it is hereby ordered that:

Plaintiffs' Request to Seal Documents is GRANTED in part. The following documents shall be filed under seal: Plaintiffs' Petition for Ad Litem; Verification; and Consent of Appointment. Plaintiff's Notice of Request, Request, and accompanying declaration of counsel need not and shall not be filed under seal.

1

The sealed documents shall remain under seal until further order of the Court.

IT IS SO ORDERED

Dated: June 12, 2019

Troy L. Nunley
United States District Judge