# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA SOTO, an individual, LATANYA ANDREWS, an individual, M.M.S., a minor, and M.M.S., a minor, by and through their guardian ad litem, SILVIA SOTO, in each case both individually and as successors-in-interest to the ESTATE OF MARSHALL MILES, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, SCOTT JONES and DOES 1 THROUGH 100, Inclusive,<br><br>Defendants | **Case No: 2:19-CV-00910-TLN-DB**<br><br>**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

## ORDER APPOINTING GUARDIAN AD LITEM

The court having considered the petition of M.M.S and M.M.S. for the appointment of Silvia Soto as guardian ad litem for minor Petitioner-Plaintiffs M.M.S. and M.M.S. with good cause appearing, therefore.

IT IS HEREEBY ORDERED that Silvia Soto be, and she is HEREBY APPOINTED as guardian ad litem for M.M.S and M.M.S, Plaintiffs

in the above-titled action, and she is authorized to institute and litigate the action mentioned in the Petition and Complaint.

Dated: August 1, 2019

_____
Troy L. Nunley
United States District Judge