UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA SOTO, an individual, LATANYA ANDREWS, an individual, M.M.S., a minor, and M.M.S., a minor, by and through their guardian ad litem, SILVIA SOTO, in each case both individually and as successors-in-interest to the ESTATE OF MARSHALL MILES, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, SCOTT JONES and DOES 1 THROUGH 100, Inclusive,<br><br>Defendants | Case No.: 2:19-CV-00910-TLN-DB<br><br>ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT, STATE OF CALIFORNIA WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

    Plaintiff has filed a notice of voluntary dismissal to dismiss Defendant State of California from this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal rules of Civil Procedure.

- 1 -

It has been established that, "…a plaintiff has an absolute right voluntarily to dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Concha v. London (9th Cir. 1995) 62 F.3d 1493, 1506. The court in Concha held that the right to dismissal includes a right to dismiss, "…some or all of the defendants –or some or all of his claims – through a Rule 41(a)(1) notice." Concha v. London, supra, 62 F.3d at 1506; citing Pedrina v. Chun, (9th Cir.1993) 987 F.2d 608, 609.

In the current matter, though Defendants County of Sacramento and Scott Jones have filed answers to Plaintiff's complaint, Defendant State of California has filed a motion to dismiss Plaintiff's claims in lieu of an answer at this time. Here, as in Concha, dismissal of a single defendant may be proper even if the defendant to be voluntary dismissed has its own pending motion to dismiss. Concha v. London, supra, 62 F.3d at 1506.

Further, unless otherwise stated, the voluntary dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Such a dismissal leaves the parties as though no action had been brought. Wilson v. City of San Jose, (9th Cir. 1997)111 F.3d 688, 692 citing McKenzie v. Davenport-Harris Funeral Home, (9th Cir.1987) 834 F.2d 930, 934-35

For good cause shown, IT IS HEREBY ORDERED THAT Plaintiff's Notice of Voluntary Dismissal of Defendant State of California is GRANTED. The State of California is dismissed from this action pursuant to Rule 41(a)(1)(A)(i), without prejudice, and the dismissal is effective on filing. All other answering Defendants to remain, and no further court order is required.

IT IS SO ORDERED

DATED: August 23, 2019

_____
Troy L. Nunley
United States District Judge