**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILVIA SOTO, an individual, LATANYA ANDREWS, an individual, M.M.S., a minor, and M.M.S., a minor, by and through their guardian ad litem, SILVIA SOTO, in each case both individually and as successors-in-interest to the ESTATE OF MARSHALL MILES, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, SCOTT JONES and DOES 1 THROUGH 100, Inclusive,<br><br>Defendants | **Case No: 2:19-CV-00910-TLN-DB**<br><br>**ORDER ALLOWING PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT** |

**ORDER ALLOWING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**

**IT IS HEREBY ORDERED** that Plaintiffs, Silvia Soto, Latanya Andrews, M.M.S., a minor, and M.M.S., a minor, by and through their guardian ad litem, Silvia Soto, in each case both individually and as successors-in-interest to the Estate Of Marshall Miles are granted leave to amend to file their First Amended Complaint for Damages.

**IT IS ALSO ORDERED** that Defendants' responsive pleading shall be due thirty

1 | (30) days after Plaintiffs file their First Amended Complaint.

2 | **IT IS FURTHER ORDERED** that Plaintiffs shall file their First Amended Complaint for Damages within seven (7) days.

IT IS SO ORDERED

DATED: December 12, 2019

Troy L. Nunley
United States District Judge