1  LONGYEAR & LAVRA, LLP
   Van Longyear, CSB No.: 84189
2  Nicole M. Cahill, CSB No.: 287165
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  Attorneys for Defendants,
   County of Sacramento, Deputy Blake Grinder,
6  Deputy Kenneth Lloyd, Deputy John Higley,
   Deputy Andrew Garside, Sgt. Kelley Bunn,
7  Sgt. Gregory Johnson, Sgt. Charles Gailey and Sheriff Scott Jones

8

9                    **UNITED STATES DISTRICT COURT**

10           **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

11

12  SILVIA SOTO, an individual, LATANYA          )  Case No.: 2:19-cv-00910-TLN-DB
    ANDREWS, an individual, MARCELO M.S.,        )
    minor, and MARLENIE M.S., a minor, by and    )  **DEFENDANTS' ANSWER TO**
13  through their guardian ad litem, SILVIA      )  **PLAINTIFFS' SECOND AMENDED**
    SOTO, in each case both individually and as  )  **COMPLAINT AND DEMAND FOR JURY**
14  successors-in-interest to the ESTATE OF      )  **TRIAL**
    MARSHALL MILES, Deceased,                    )
15                                               )
                                                 )
16          Plaintiffs                           )
                                                 )
17  v.                                           )
                                                 )
18  COUNTY OF SACRAMENTO, BLAKE                  )
    GRINDER, KENNETH LLOYD, JOHN                 )
19  HIGLEY, ANDREW GARSIDE, GREG                 )
    WHITE, KELLEY BUNN, GREGORY                  )
20  JOHNSON, CHARLES GAILEY, SCOTT               )
    JONES, PATRICIA ROBINSON-HARD and            )
21  DOES 1 through 100, inclusive,               )
                                                 )
22          Defendants.                          )
    _____  )

23          COME NOW DEFENDANTS, County of Sacramento, Deputy Blake Grinder, Deputy

24  Kenneth Lloyd, Deputy John Higley, Deputy Andrew Garside, Sgt. Kelley Bunn, Sgt. Charles

25  Gailey, Sgt. Gregory Johnson, Sheriff Scott Jones, and no others, ("Defendants"), and in answer

26  to Plaintiffs' Second Amended Complaint ("Complaint") admit, deny and allege as follows:

27          1.      Answering the allegations contained in paragraph number 2, page 1 of said

28  Complaint, Defendants admit that the allegations contained in the Complaint took place in the

    County of Sacramento.  As to the remaining allegations contained in paragraph number 2,

Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

2.      Answering the allegations contained in paragraph number 3, page 2 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

3.      Answering the allegations contained in paragraph number 4, page 2 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

4.      Answering the allegations contained in paragraph number 5, page 2 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

5.      Answering the allegations contained in paragraph number 6, pages 2 and 3 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

6.      Answering the allegations contained in paragraph number 7, page 3 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on

that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

7.      Answering the allegations contained in paragraph number 8, pages 3 and 4 of said Complaint, beginning with "Defendant" (line 12) ending with "Sheriff" (line 13), Defendants admit that Scott Jones was the Sheriff of Sacramento County.  As to the remaining allegations in paragraph number 8, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

8.      Answering the allegations contained in paragraph number 9, page 4 of said Complaint, beginning with "Defendant" (line 6) ending with "California" (line 7), Defendants admit that the County of Sacramento is a legal and public entity established under the laws of the state of California.  As to the remaining allegations contained in paragraph number 9, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

9.      Answering the allegations contained in paragraph number 10, page 4 and 5 beginning with "Defendant" (line 23) and ending with "Department" (line 24) of said Complaint, Defendants admit each and every, all and singular, generally and specifically, said allegations and the whole thereof.   As to the remaining allegations contained in paragraph number 9, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

10.      Answering the allegations contained in paragraph number 11, page 5 of said Complaint, beginning with "Defendant" (line 6) and ending with "Department" (line 7), Defendants admit each and every, all and singular, generally and specifically, said allegations and the whole thereof.  As to the remaining allegations contained in paragraph 11, Defendants

allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

11.     Answering the allegations contained in paragraph number 12, pages 5 and 6 of said Complaint, beginning with "Defendant" (line 18) and ending with "Department" (line 19), Defendants admit each and every, all and singular, generally and specifically, said allegations and the whole thereof.  As to the remaining allegations, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

12.     Answering the allegations contained in paragraph number 13, page 6 of said Complaint, beginning with "Defendant" (line 2) and ending with "Department" (line 3), Defendants admit each and every, all and singular, generally and specifically, said allegations and the whole thereof.  As to the remaining allegations, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

13.     Answering the allegations contained in paragraph number 14, page 6 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

14.     Answering the allegations contained in paragraph number 15, pages 6 and 7 of said Complaint, beginning with "Defendant" (line 24) and ending with "Department" (line 25), Defendants admit each and every, all and singular, generally and specifically, said allegations and the whole thereof.  As to the remaining allegations, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any

of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

15.   Answering the allegations contained in paragraph number 16, page 7 of said Complaint, beginning with "Defendant" (line 10) and ending with "Department" (line 11), Defendants admit each and every, all and singular, generally and specifically, said allegations and the whole thereof.  As to the remaining allegations, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

16.   Answering the allegations contained in paragraph number 17, pages 7 and 8 of said Complaint, beginning with "Defendant" (line 25) and ending with "Department" (line 26), Defendants admit each and every, all and singular, generally and specifically, said allegations and the whole thereof.  As to the remaining allegations, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

17.   Answering the allegations contained in paragraph number 18, page 8 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

18.   Answering the allegations contained in paragraph number 19, pages 8 and 9 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

19.   Answering the allegations contained in paragraph number 20, page 9 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained

therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

20. Answering the allegations contained in paragraph number 21, page 9 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

21. Answering the allegations contained in paragraph number 22, page 9 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

22. Answering the allegations contained in paragraph number 23, pages 9 and 10 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

23. Answering the allegations contained in paragraph number 24, page 10 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

24. Answering the allegations contained in paragraph number 25, page 10 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

25.     Answering the allegations contained in paragraph number 26, page 10 and 11 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

26.     Answering the allegations contained in paragraph number 27, page 11 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

27.     Answering the allegations contained in paragraph number 28, pages 11 and 12 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

28.     Answering the allegations contained in paragraph number 29, page 12 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

29.     Answering the allegations contained in paragraph number 30, page 12 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

30.     Answering the allegations contained in paragraph number 31, page 12 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on

that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

31.     Answering the allegations contained in paragraph number 32, page 13 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

32.     Answering the allegations contained in paragraph number 33, page 13 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

33.     Answering the allegations contained in paragraph number 34, page 13 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

34.     Answering the allegations contained in paragraph number 35, page 13 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

35.     Answering the allegations contained in paragraph number 36, page 13 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

36.     Answering the allegations contained in paragraph number 37, pages 13 and 14 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

37.     Answering the allegations contained in paragraph number 38, page 14 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

38.     Answering the allegations contained in paragraph number 39, page 14 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

39.     Answering the allegations contained in paragraph number 40, pages 14 and 15 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

40.     Answering the allegations contained in paragraph number 41, page 15 of said Complaint, which incorporates paragraph number 1 through 40, said Defendants refer to their answers to said paragraphs and by such reference incorporate the same herein to have the same force and effect as if set forth fully at length.

41.     Answering the allegations contained in paragraph number 42, page 15 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

42.     Answering the allegations contained in paragraph number 43, page 15 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

43.     Answering the allegations contained in paragraph number 44, page 15 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

44.     Answering the allegations contained in paragraph number 45, pages 15 and 16 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

45.     Answering the allegations contained in paragraph number 46, page 16 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

46.     Answering the allegations contained in paragraph number 47, page 16 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

47.     Answering the allegations contained in paragraph number 48, page 16 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

48.     Answering the allegations contained in paragraph number 49, page 16 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

49.     Answering the allegations contained in paragraph number 50, page 16 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

50.     Answering the allegations contained in paragraph number 51, page 16 of said Complaint, which incorporates paragraph number 1 through 50, said Defendants refer to their

answers to said paragraphs and by such reference incorporate the same herein to have the same force and effect as if set forth fully at length.

51.     Answering the allegations contained in paragraph number 52, page 17 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

52.     Answering the allegations contained in paragraph number 53, page 17 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

53.     Answering the allegations contained in paragraph number 54, page 17 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

54.     Answering the allegations contained in paragraph number 55, page 17 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

55.     Answering the allegations contained in paragraph number 56, page 17 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

56.     Answering the allegations contained in paragraph number 57, page 17 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

57.     Answering the allegations contained in paragraph number 58, page 17 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

58.     Answering the allegations contained in paragraph number 59, page 17 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

59.     Answering the allegations contained in paragraph number 60, page 18 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

60.     Answering the allegations contained in paragraph number 61, page 18 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

61.     Answering the allegations contained in paragraph number 62, page 18 of said Complaint, which incorporates paragraph number 1 through 61, said Defendants refer to their answers to said paragraphs and by such reference incorporate the same herein to have the same force and effect as if set forth fully at length.

62.     Answering the allegations contained in paragraph number 63, page 18 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

63.     Answering the allegations contained in paragraph number 64, page 18 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

64.     Answering the allegations contained in paragraph number 65, pages 18 and 19 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

65.     Answering the allegations contained in paragraph number 66, page 19 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

66.     Answering the allegations contained in paragraph number 67, page 19 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

67.     Answering the allegations contained in paragraph number 68, page 19 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

68.     Answering the allegations contained in paragraph number 69, page 19 of said Complaint, which incorporates paragraph number 1 through 68, said Defendants refer to their answers to said paragraphs and by such reference incorporate the same herein to have the same force and effect as if set forth fully at length.

69.     Answering the allegations contained in paragraph number 70, page 19 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

70.     Answering the allegations contained in paragraph number 71, pages 19 and 20 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

71.     Answering the allegations contained in paragraph number 72, page 20 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

72.     Answering the allegations contained in paragraph number 73, page 20 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

73.     Answering the allegations contained in paragraph number 74, pages 20 and 21 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

74.     Answering the allegations contained in paragraph number 75, page 21 of said Complaint, which incorporates paragraph number 1 through 74, said Defendants refer to their answers to said paragraphs and by such reference incorporate the same herein to have the same force and effect as if set forth fully at length.

75.     Answering the allegations contained in paragraph number 76, page 21 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on

that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

76.     Answering the allegations contained in paragraph number 77, page 21 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

77.     Answering the allegations contained in paragraph number 78, page 21 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

78.     Answering the allegations contained in paragraph number 79, page 22 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

79.     Answering the allegations contained in paragraph number 80, page 22 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

80.     Answering the allegations contained in paragraph number 81, page 22 of said Complaint, which incorporates paragraph number 1 through 80, said Defendants refer to their answers to said paragraphs and by such reference incorporate the same herein to have the same force and effect as if set forth fully at length.

81.     Answering the allegations contained in paragraph number 82, page 22 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

82.     Answering the allegations contained in paragraph number 83, page 22 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

83.     Answering the allegations contained in paragraph number 84, page 22 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

84.     Answering the allegations contained in paragraph number 85, page 23 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

85.     Answering the allegations contained in paragraph number 86, page 23 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

86.     Answering the allegations contained in paragraph number 87, page 23 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

87.     Answering the allegations contained in paragraph number 88, page 23 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

88.     Answering the allegations contained in paragraph number 89, page 23 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

89.     Answering the allegations contained in paragraph number 90, page 23 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

90.     Answering the allegations contained in paragraph number 91, page 23 of said Complaint, which incorporates paragraph number 1 through 90, said Defendants refer to their answers to said paragraphs and by such reference incorporate the same herein to have the same force and effect as if set forth fully at length.

91.     Answering the allegations contained in paragraph number 92, page 23 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

92.     Answering the allegations contained in paragraph number 93, pages 23 and 24 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

93.     Answering the allegations contained in paragraph number 94, page 24 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

94.     Answering the allegations contained in paragraph number 95, page 24 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

95.     Answering the allegations contained in paragraph number 96, page 24 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

96.     Answering the allegations contained in paragraph number 97, page 24 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

97.     Answering the allegations contained in paragraph number 98, page 25 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

98.     Answering the allegations contained in paragraph number 99, page 25 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

99.     Answering the allegations contained in paragraph number 100, page 25 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

100.    Answering the allegations contained in paragraph number 101, page 25 of said Complaint, which incorporates paragraph number 1 through 100, said Defendants refer to their

answers to said paragraphs and by such reference incorporate the same herein to have the same force and effect as if set forth fully at length.

101.    Answering the allegations contained in paragraph number 102, page 25 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

102.    Answering the allegations contained in paragraph number 103, page 25 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

103.    Answering the allegations contained in paragraph number 104, pages 25 and 26 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

104.    Answering the allegations contained in paragraph number 105, page 26 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

105.    Answering the allegations contained in paragraph number 106, page 26 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

106.    Answering the allegations contained in paragraph number 107, page 26 of said Complaint, which incorporates paragraph number 1 through 106, said Defendants refer to their answers to said paragraphs and by such reference incorporate the same herein to have the same force and effect as if set forth fully at length.

107.    Answering the allegations contained in paragraph number 108, page 26 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

/ / /

108.    Answering the allegations contained in paragraph number 109, page 26 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

109.    Answering the allegations contained in paragraph number 110, page 27 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

110.    Answering the allegations contained in paragraph number 111, page 27 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

111.    Answering the allegations contained in paragraph number 112, page 27 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

112.    Answering the allegations contained in paragraph number 113, page 27 of said Complaint, which incorporates paragraph number 1 through 112, said Defendants refer to their answers to said paragraphs and by such reference incorporate the same herein to have the same force and effect as if set forth fully at length.

113.    Answering the allegations contained in paragraph number 114, page 27 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

114.    Answering the allegations contained in paragraph number 115, page 27 of said Complaint, Defendants allege that they have no information or belief upon the subjects contained therein sufficient to enable them to answer any of said allegations, and placing their denial on that ground, deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

115.    Answering the allegations contained in paragraph number 116, pages 27 and 28 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

/ / /

116.    Answering the allegations contained in paragraph number 117, page 28 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

117.    Answering the allegations contained in paragraph number 118, page 28 of said Complaint, Defendants deny each and every, all and singular, generally and specifically, said allegations and the whole thereof.

As separate and affirmative defenses, these answering Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

That said Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

That at all times herein mentioned the actions of Defendants are entitled to qualified immunity.

### THIRD AFFIRMATIVE DEFENSE

That the decedent was contributorily negligent, that such negligence contributed to the incident and that Plaintiffs' recovery should therefore either be barred or reduced to the extent of decedent's negligence.

### FOURTH AFFIRMATIVE DEFENSE

That this incident was caused by the negligence and/or fault of other persons, corporations, and entities including both parties and non-parties to this action whether named or not named and that Defendants' liability, if any, should be reduced accordingly.

### FIFTH AFFIRMATIVE DEFENSE

That the Complaint is barred by virtue of Plaintiffs' failure to comply with the California Government Claims Act.

### SIXTH AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 815.

/ / /

/ / /

### SEVENTH AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 815.2.

### EIGHTH AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 815.4.

### NINTH AFFIRMATIVE DEFENSE

That Defendant County of Sacramento is immune from all state law claims pursuant to Government Code Section 818.

### TENTH AFFIRMATIVE DEFENSE

That Defendant County of Sacramento is immune from all state law claims pursuant to Government Code Section 818.2.

### ELEVENTH AFFIRMATIVE DEFENSE

That alleged acts and/or omissions of said Defendants are the subject of the exercise of discretion.  The Complaint is therefore barred by the doctrine of discretionary immunity as set forth in Government Code Section 820.2.

### TWELFTH AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 820.8.

### THIRTEENTH AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 821.

### FOURTEENTH AFFIRMATIVE DEFENSE

That Defendants have not deprived Plaintiffs of any right, privilege, or immunity guaranteed by the Constitution or the laws of the United States.

### FIFTEENTH AFFIRMATIVE DEFENSE

That at all times Defendants acted in self-defense and/or in defense of others and the actions of the Defendants were privileged.

1

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendants assert that Defendants did not act with malicious intent to deprive any person of any constitutional right or to cause injury and therefore are not liable.

## SEVENTEENTH AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 830.6.

## EIGHTEENTH AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 844.6.

## NINETEENTH AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 845.6.

## TWENTIETH AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 855.6.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 855.8.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 856.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

That Defendants are immune from all state law claims pursuant to Government Code Section 856.4.

WHEREFORE, said answering Defendants pray for relief as follows:

1. For judgment as against Plaintiffs and in favor of Defendants;

2. That Plaintiffs take nothing by way of their Complaint;

3. For attorneys' fees and costs of suit incurred herein; and,

1

 4.   For such other and further relief as the court may deem just and proper.

2

Dated: April 17, 2020                          LONGYEAR & LAVRA, LLP

3

4

                                       By:   /s/ Nicole M. Cahill

5

                                             VAN LONGYEAR

                                             NICOLE M. CAHILL

6

                                             Attorneys for Defendants,
                                             County of Sacramento, Deputy Blake

7

                                             Grinder, Deputy Kenneth Lloyd, Deputy

8

                                             John Higley, Deputy Andrew Garside, Sgt.
                                             Kelley Bunn, Sgt. Gregory Johnson, Sgt.

9

                                             Charles Gailey and Sheriff Scott Jones

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DEMAND FOR JURY TRIAL**

Defendants County of Sacramento, Deputy Blake Grinder, Deputy Kenneth Lloyd, Deputy John Higley, Deputy Andrew Garside, Sgt. Kelley Bunn, Sgt. Charles Gailey, Sgt. Johnson, and Sheriff Scott Jones hereby request a trial by jury.


Dated: April 17, 2020                    LONGYEAR & LAVRA, LLP


                                        By:   /s/ Nicole M. Cahill
                                              VAN LONGYEAR
                                              NICOLE M. CAHILL
                                              Attorneys for Defendants,
                                              County of Sacramento, Deputy Blake
                                              Grinder, Deputy Kenneth Lloyd, Deputy
                                              John Higley, Deputy Andrew Garside, Sgt.
                                              Kelley Bunn, Sgt. Gregory Johnson, Sgt.
                                              Charles Gailey and Sheriff Scott Jones