UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA SOTO, an individual; LATANYA ANDREWS, an individual; M.M.S., a minor, and M.M.S., a minor, by and through their guardian ad litem SILVIA SOTO, in each case both individually and as successors-in-interest to the ESTATE OF MARSHALL MILES, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; BLAKE GRINDER; KENNETH LLOYD; JOHN HIGLEY; ANDREW GARSIDE; GREG WHITE; KELLEY BUNN; GREG JOHNSON; CHARLES GAILEY; SCOTT JONES; PATRICIA ROBINSON HARD,<br><br>Defendants. | No. 2:19-cv-00910-TLN-DB<br><br>**ORDER** |

Good cause appearing and in order to comply with Federal Rule of Civil Procedure 5.2, Plaintiffs' Request to Seal (ECF No. 39) seeking to redact or replace Plaintiffs' Second Amended Complaint is GRANTED as follows:

(1) The Clerk of the Court is directed to SEAL Plaintiffs' Second Amended Complaint filed at ECF No. 37.

(2) Plaintiffs are ordered to refile the Second Amended Complaint with redactions in

1

compliance with Fed. R. Civ. Proc. 5.2 within three days of the date of electronic filing of this Order.

IT IS SO ORDERED.

DATED: April 22, 2020

_____
Troy L. Nunley
United States District Judge

2