UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA SOTO, an individual, LATANYA ANDREWS, an individual, M.M.S., a minor, and M.M.S., a minor, by and through their guardian ad litem, SILVIA SOTO, in each case both individually and as successors-in-interest to the ESTATE OF MARSHALLMILES, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, SCOTT JONES,<br><br>Defendants. | No. 2:19-cv-0910 TLN DB<br><br>ORDER |

On July 2, 2020, defendant Scott Jones filed a motion for a protective order and noticed the motion for hearing before the undersigned pursuant to Local Rule 302(c)(1). (ECF No. 45.) The motion is set for hearing on July 31, 2020. On July 24, 2020, the parties filed a Joint Statement re Discovery Disagreement pursuant to Local Rule 251. (ECF No. 46.)

The undersigned's Standard Information re discovery disputes set forth on the court's web page explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video conferencing" prior to the filing of the joint statement. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-

1

magistrate-judge-deborah-barnes-db.  Here, the parties Joint Statement reflects that the parties' last meet and confer effort was on June 23, 2020, prior to the filing of the motion for a protective order.  (ECF No. 46 at 3.)  It does not appear from the Joint Statement that the parties again met and conferred prior to filing the Joint Statement as required by the undersigned's Standard Information.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's July 2, 2020 motion for a protective order (ECF No. 45) is denied without prejudice to renewal; and

2. The July 31, 2020 hearing is vacated.

Dated:  July 28, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\Soto0910.meet.ord

2