1  LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
2  Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
3  Sacramento, CA 95864
Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  *Attorneys for Defendants,*
*County of Sacramento, Deputy Blake Grinder,*
6  *Deputy Kenneth Lloyd, Deputy John Higley,*
*Deputy Andrew Garside, Sgt. Kelley Bunn,*
7  *Sgt. Gregory Johnson, Sgt. Charles Gailey*
*and Sheriff Scott Jones*
8
Jeremy I. Lessem, Esq. SBN: 213406
9  Lessem, Newstat & Tooson, LLP
3450 Cahuenga Blvd W., Ste 102
10  Los Angeles, CA 90068
T:  818-582-3087
11  F:  818-484-3087

12  Karen C. Joynt, SBN 206332
Law Office of Karen Joynt
13  222 S. Lake Ave., Ste. 300
Pasadena, CA 91101
14
*Attorneys for Plaintiffs*
15
XAVIER BECERRA, State Bar No. 118517
16  Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
17  Supervising Deputy Attorney General
MATTHEW W. ROMAN, State Bar No. 267717
18  Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
19  Deputy Attorney General
1300 I Street, Suite 125
20  P.O. Box 944255
Sacramento, CA 94244-2550
21  Telephone: (916)210-7529
Fax: (916)322-8288
22
*Attorneys for Defendant California Highway Patrol*
23  *Officer Greg White*

24  PORTER SCOTT
A PROFESSIONAL CORPORATION
25  Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
26  350 University Ave., Suite 200
Sacramento, CA 95825
27  TEL: 916.929.1481
FAX: 916.927.3706
28
*Attorneys for Defendant Patricia Robinson-Hard*

STIPULATED REQUEST TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINES FOR FACT DISCOVERY
CUTOFF AND ORDER
- 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

SILVIA SOTO, an individual, LATANYA
ANDREWS, an individual, MARCELO M.S.,
minor, and MARLENIE M.S., a minor, by and
through their guardian ad litem, SILVIA
SOTO, in each case both individually and as
successors-in-interest to the ESTATE OF
MARSHALL MILES, Deceased,

      Plaintiffs

v.

COUNTY OF SACRAMENTO, BLAKE
GRINDER, KENNETH LLOYD, JOHN
HIGLEY, ISRAEL HERNANDEZ, FNU
JENNINGS, ANDREW GARSIDE, GREG
WHITE, KELLEY BUNN, CHARLES
GAILEY, SCOTT JONES and DOES 1
through 100, inclusive,

      Defendants.

Case No.: 2:19-cv-00910-TLN-DB

**STIPULATED REQUEST TO MODIFY
SCHEDULING ORDER TO EXTEND
DEADLINES FOR FACT DISCOVERY
CUT OFF AND ORDER**

Under Federal Rules of Civil Procedure 16(b)(1)(A) and Local Rule 143, the parties, through counsel, stipulate to and hereby request a modification of this Court's scheduling order. Pursuant to the Court's Initial Scheduling Order (ECF No. 4), the current schedule is as follows:

- Fact discovery cut off: January 8, 2021

- Expert witness disclosure: March 9, 2021

- Supplemental expert disclosure: April 8, 2021

- Dispositive motion deadline: July 7, 2021

The parties in this case request an extension only as to the fact discovery cut off. The parties request that the current deadline of January 8, 20201 be extended until February 5, 2021. No other modifications are sought at this time. The parties request all other deadlines remain in effect.

A scheduling order may only be modified upon a showing of good cause and by leave of Court. Fed. R. Civ. Proc. 6(b)(1)(A); *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). In considering whether a party moving for a schedule modification has good

cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson,* 975 F.2d at 609.

The parties have worked diligently in litigating this matter. The parties have conducted numerous depositions in addition to multiple sets of written discovery. Plaintiffs served a Rule 30(b)(6) deposition notice to Defendant County of Sacramento on December 2, 2020 seeking a deponent to testify as to a range of topics, including policy revision procedures and specific training in six categories received by six of the County's employees. The parties also attended a mediation on December 16, 2020. Due to the holidays, the ongoing COVID-19 pandemic, the intervening mediation, and the availability of witnesses and counsel, the parties agree to and request the Court order an extension of fact discovery. The extension would allow the Rule 30(b)(6) depositions to move forward and any additional discovery that may be required. The parties have not previously sought a modification of the scheduling order and the requested extension will not affect any other deadline in the Court's scheduling order.

For these reasons, good cause exists to modify the fact discovery cut off deadline. The parties therefore agree and request the fact discovery cut off be extended to February 5, 2021.

IT IS SO STIPULATED.

Dated: December 30, 2020                    LONGYEAR & LAVRA, LLP


                                     By:   */s/ Nicole M. Cahill*
                                           VAN LONGYEAR
                                           NICOLE M. CAHILL
                                           Attorneys for Defendants,
                                           County of Sacramento, Deputy Blake Grinder,
                                           Deputy Kenneth Lloyd, Deputy John Higley,
                                           Deputy Israel Hernandez, Deputy Jacqueline
                                           Jennings, Deputy Andrew Garside, Sgt. Kelley
                                           Bunn, Sgt. Charles Gailey and Sheriff Scott Jones

Dated: December 30, 2020                    LESSEM, NEWSTAT & TOOSON, LLP


                                     By:   */s/ Jeremy I. Lessem*
                                           JEREMY I. LESSEM
                                           Attorneys for Plaintiffs

///
///

Dated: December 30, 2020          LAW OFFICE OF KAREN JOYNT

                                  By:  */s/Karen Joynt*
                                       KAREN JOYNT
                                       Attorneys for Plaintiffs

Dated: December 30, 2020          OFFICE OF THE ATTORNEY GENERAL

                                  By:  */s/Matthew W. Roman*
                                       JOHN C. BRIDGES
                                       MATTHEW W. ROMAN
                                       Attorneys for defendant
                                       Officer White

Dated: December 30, 2020          PORTER SCOTT
                                  A PROFESSIONAL CORPORATION

                                  By:  */s/ Carl L. Fessenden*
                                       CARL L. FESSENDEN
                                       SULI A. MASTORAKOS
                                       Attorneys for Defendant
                                       Patricia Robinson-Hard

## ORDER

Good cause appearing, the parties' stipulated request to modify the Court's Scheduling Order (ECF No. 4) is GRANTED.

The parties may conduct discovery until February 5, 2021.  All other deadlines remain in effect.

DATED: December 30, 2020

                                       _____
                                       Troy L. Nunley
                                       United States District Judge