UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA SOTO, et al,<br><br>Plaintiffs,<br><br>vs.<br>COUNTY OF SACRAMENTO, BLAKE GRINDER, KENNETH LLOYD, JOHN HIGLEY, ANDREW GARSIDE, GREG WHITE, KELLEY BUNN, GREGORY JOHNSON, CHARLES GAILEY, SCOTT JONES, PATRICIA ROBINSON-HARD and Does 1 through 100, *et al.*<br><br>Defendants | Case No.: 2:19-CV-00910-TLN-DB<br><br><br><br>ORDER |

**ORDER**

Good cause appearing, the parties' stipulated request to modify the Court's Scheduling Order (ECF No. 4) is GRANTED. The initial expert disclosure deadline is extended to April 6, 2021 and the supplemental expert disclosure deadline is extended to May 6, 2021.

Dated: February 2, 2021

_____
Troy L. Nunley
United States District Judge