| | |
|---|---|
| 1 | LONGYEAR & LAVRA, LLP |
| | Van Longyear, CSB No.: 84189 |
| 2 | Nicole M. Cahill, CSB No.: 287165 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: 916-974-8500 |
| 4 | Facsimile: 916-974-8510 |

*Attorneys for Defendants,*
*County of Sacramento, Deputy Blake Grinder,*
*Deputy Kenneth Lloyd, Deputy John Higley,*
*Deputy Andrew Garside, Sgt. Kelley Bunn,*
*Sgt. Gregory Johnson, Sgt. Charles Gailey*
*and Sheriff Scott Jones*

Jeremy I. Lessem, Esq. SBN: 213406
Lessem, Newstat & Tooson, LLP
3450 Cahuenga Blvd W., Ste 102
Los Angeles, CA 90068
T: 818-582-3087
F: 818-484-3087

Karen C. Joynt, SBN 206332
Law Office of Karen Joynt
222 S. Lake Ave., Ste. 300
Pasadena, CA 91101

*Attorneys for Plaintiffs*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
MATTHEW W. ROMAN, State Bar No. 267717
Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916)210-7529
Fax: (916)322-8288

*Attorneys for Defendant California Highway Patrol*
*Officer Greg White*

PORTER SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

*Attorneys for Defendant Patricia Robinson-Hard*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| SILVIA SOTO, an individual, LATANYA ANDREWS, an individual, MARCELO M.S., minor, and MARLENIE M.S., a minor, by and through their guardian ad litem, SILVIA SOTO, in each case both individually and as successors-in-interest to the ESTATE OF MARSHALL MILES, Deceased,<br><br>  Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO, BLAKE GRINDER, KENNETH LLOYD, JOHN HIGLEY, ISRAEL HERNANDEZ, FNU JENNINGS, ANDREW GARSIDE, GREG WHITE, KELLEY BUNN, CHARLES GAILEY, SCOTT JONES and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 2:19-cv-00910-TLN-DB<br><br>**STIPULATED REQUEST TO MODIFY SCHEDULING ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE AND ORDER** |

Under Federal Rules of Civil Procedure 16(b)(1)(A) and Local Rule 143, the parties, through counsel, stipulate to and hereby request a modification of this Court's scheduling order. Pursuant to the Court's Initial Scheduling Order (ECF No. 4), the current schedule requires dispositive motions to be filed no later than July 7, 2020. Expert discovery is required to be completed "in a timely manner in order to comply with the Court's deadline for filing dispositive motions." (ECF No. 4.)

The parties in this case previously requested to modify the scheduling order on December 30, 2020 to allow for additional time to conduct fact discovery. (ECF No. 53.) On February 1, 2021, the parties then sought an extension of one month for initial expert disclosures and supplemental expert disclosures. (ECF No. 55.) Plaintiffs sought to modify the scheduling order on the limited issue of obtaining samples from the Sacramento County Coroner's Office on February 23, 2021. (ECF No. 58.) The motion has not yet been ruled on.

A scheduling order may only be modified upon a showing of good cause and by leave of

Court. Fed. R. Civ. Proc. 6(b)(1)(A); *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson,* 975 F.2d at 609.

The parties have worked diligently in litigating this matter. The parties have conducted numerous depositions in addition to multiple sets of written discovery. The parties have also exchanged expert reports and are conferring regarding depositions of experts. The parties also attended a mediation on December 16, 2020. The parties continue to engage in settlement discussions and have scheduled another half-day mediation for May 26, 2021. In order to accommodate expert depositions and the currently scheduled mediation, the parties request the dispositive motion deadline be moved from July 7, 2021 to August 11, 2021. As no trial date is set, this extension will not delay trial. The extension will allow sufficient time for the mediation to go forward, expert depositions to be taken, and transcripts of those depositions received in order to prepare dispositive motions.

For these reasons, good cause exists to modify the dispositive motion deadline. The parties therefore agree and request the dispositive motion deadline be extended to August 11, 2021.

IT IS SO STIPULATED.

Dated: May 5, 2021      LONGYEAR & LAVRA, LLP

By: */s/ Nicole M. Cahill*
VAN LONGYEAR
NICOLE M. CAHILL
Attorneys for Defendants,
County of Sacramento, Deputy Blake Grinder, Deputy Kenneth Lloyd, Deputy John Higley, Deputy Israel Hernandez, Deputy Jacqueline Jennings, Deputy Andrew Garside, Sgt. Kelley Bunn, Sgt. Charles Gailey and Sheriff Scott Jones

Dated: May 5, 2021      LESSEM, NEWSTAT & TOOSON, LLP

By: */s/ Jeremy I. Lessem [as authorized 5-4-21]*
JEREMY I. LESSEM
Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: May 5, 2021 | | LAW OFFICE OF KAREN JOYNT |
| | By: | /s/Karen Joynt [as authorized 5-4-21] <br> KAREN JOYNT <br> Attorneys for Plaintiffs |
| Dated: May 5, 2021 | | OFFICE OF THE ATTORNEY GENERAL |
| | By: | /s/Matthew W. Roman [as authorized 5-4-21] <br> JOHN C. BRIDGES <br> MATTHEW W. ROMAN <br> Attorneys for defendant <br> Officer White |
| Dated: May 5, 2021 | | PORTER SCOTT <br> A PROFESSIONAL CORPORATION |
| | By: | /s/ Suli Mastorakos [as authorized 5-4-21] <br> CARL L. FESSENDEN <br> SULI A. MASTORAKOS <br> Attorneys for Defendant <br> Patricia Robinson-Hard |

**ORDER**

Good cause appearing, the parties' stipulated request to modify the Court's Scheduling Order (ECF No. 4) is GRANTED.

The parties may file dispositive motions no later than August 11, 2021. All other deadlines remain in effect.

DATED: May 5, 2021

Troy L. Nunley
United States District Judge