1
2
3
4
5

Jeremy I. Lessem, Esq (SBN 213406)
Jamal L. Tooson, Esq (SBN 261373)
Lessem, Newstat & Tooson, LLP
3450 Cahuenga Blvd W.  Ste. 102
Los Angeles, CA 90068
Phone 818-582-3087 | Fax 818-484-3087
Jeremy@LnLegal.com
JTooson@LnLegal.com

6

Attorney for Plaintiffs

7

8            UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF CALIFORNIA

9

10
11
12
13
14

SILVIA SOTO, an individual, LATANYA
ANDREWS, an individual, MARCELO M.S.,
a minor, and MARLENIE M.S., a minor, by
and through their guardian ad litem, SILVIA
SOTO, in each case both individually and as
successors-in-interest to the ESTATE OF
MARSHALL MILES, Deceased,

15            Plaintiffs,

16       vs.

17
18
19
20
21

COUNTY OF SACRAMENTO, BLAKE
GRINDER, KENNETH LLOYD, JOHN
HIGLEY, ISREAL HERNANDEZ, FNU
JENNINGS, ANDREW GARSIDE, GREG
WHITE, KELLEY BUNN, CHARLES
GAILEY, SCOTT JONES and DOES 1
THROUGH 100, Inclusive

22       Defendants

Case No.: 2:19-CV-00910-TLN-DB

**ORDER CONCERNING JOINT NOTICE
OF SETTLEMENT AND STIPULATION**

23
24
25
26
27
28

**ORDER**

Before the court is the Parties' Joint Notice of Settlement and Stipulation. The parties have stated that they have reached a settlement and request additional time to finalize and document the settlement of this matter. Having read and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED as follows:

1. The matter will be continued to August 2, 2021, by which time Plaintiffs are to file a dismissal of the entire action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, or to otherwise file a status report documenting the progress of their final settlement efforts.

2. Plaintiffs shall submit a proposed Minor's Compromise for minor Plaintiff Marcelo, S.M. for the Court's consideration.

3. All other pending court dates are hereby vacated.

    IT IS SO ORDERED.

    PLEASE TAKE NOTICE: that Plaintiffs and Defendants have reached a settlement in the above-referenced case. A formal agreement has been circulated and signed by all parties. Formal approval is still needed from the Sacramento County Board of Supervisors and the State of California. Once these final approvals have been obtained, and this Court has signed a Minor's Compromise for the benefit of minor Plaintiff Marcelo, M.S., Plaintiffs will file an executed Stipulation of Dismissal of the entire action.

Dated: June 14, 2021

_____
Troy L. Nunley
United States District Judge

**ORDER**