UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA SOTO, et al, <br><br> Plaintiffs, <br><br> vs. <br> COUNTY OF SACRAMENTO, BLAKE GRINDER, KENNETH LLOYD, JOHN HIGLEY, ANDREW GARSIDE, GREG WHITE, KELLEY BUNN, GREGORY JOHNSON, CHARLES GAILEY, SCOTT JONES, PATRICIA ROBINSON-HARD and Does 1 through 100, *et al.* <br><br> Defendants | Case No.: 2:19-CV-00910-TLN-DB <br><br> **ORDER** |

Before the court is the Parties' Joint Notice of Settlement and Stipulation. The parties have stated that they have reached a settlement and request additional time to finalize and document the settlement of this matter. Having read and

**ORDER**

considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED as follows:

The matter will be continued to October 31, 2021, by which time Plaintiffs are to file a dismissal of the entire action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, or to otherwise file a status report documenting the progress of their final settlement orders.

IT IS SO ORDERED.

Dated:  August 2, 2021

Troy L. Nunley
United States District Judge