UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA SOTO, LATANYA ANDREWS, and minors M.M.S. and M.M.S., by and through their guardian *ad litem*, SILVIA SOTO, individually and as successors-in-interest to the ESTATE OF MARSHALL MILES,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, BLAKE GRINDER, KENNETH LLOYD, JOHN HIGLEY, ANDREW GARSIDE, GREG WHITE, KELLEY BUNN, GREGORY JOHNSON, CHARLES GAILEY, SCOTT JONES, PATRICIA ROBINSON-HARD, and Does 1 through 100,<br><br>Defendants. | No. 2:19-cv-00910-TLN-DB<br><br>**ORDER** |

This matter is before the Court on Plaintiffs Silvia Soto, individually and as guardian ad litem for M.M.S. and M.M.S., and Latanya Andrews's (collectively, "Plaintiffs") Motion for Approval of Disbursement of Settlement for Marcello M.S. (ECF No. 77.) On August 17, 2021, Defendants filed a statement of non-opposition to Plaintiffs' petition. (ECF No. 82.) The Court, having considered the motion, supporting declarations, and statement of non-opposition, and

///

good cause appearing, hereby GRANTS Plaintiffs' Motion for Approval of Disbursement of Settlement for Marcello M.S. (ECF No. 77) and further ORDERS:

1. Defendant County of Sacramento, through counsel, shall prepare and deliver the draft for the settlement proceeds, in the amount of $540,000.00, no later than sixty (60) days from the electronic filing date of this Order, payable as follows:
2. A draft for $231,234.51 shall be made payable to Lessem, Newstat & Tooson, LLP. These funds shall be used to satisfy the contingency fee and costs owed by minor Plaintiff Marcello M.S. to Plaintiffs' counsel;
3. A draft of $308,765.49 shall be made payable to MetLife Assignment Company, Inc. (hereinafter "Assignee"). With these funds, Assignee shall purchase an annuity policy from Metropolitan Tower Life Insurance Company, (hereinafter "Annuity Issuer") to the benefit of minor Marcello M.S.;
4. Annuity Issuer shall make periodic payments in accordance with Exhibit C attached to the motion for approval of disbursement of settlement (ECF No. 77-3) and incorporated by reference herein; and
5. All sums set forth herein constitute damages on account of personal physical injuries or physical sickness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

Within sixty (60) days after the receipt of the settlement funds from Defendant County of Sacramento, the parties shall file either: (1) a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); or (2) a joint status update explaining why a stipulated dismissal has not yet been filed.

IT IS SO ORDERED.

DATED: August 31, 2021

Troy L. Nunley
United States District Judge