Jeremy I. Lessem, Esq (SBN 213406)
Jamal L. Tooson, Esq (SBN 261373)
Lessem, Newstat & Tooson, LLP
3450 Cahuenga Blvd W.  Ste. 102
Los Angeles, CA 90068
Phone 818-582-3087 | Fax 818-484-3087

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA SOTO, et al, <br><br> Plaintiffs, <br><br> vs. <br> COUNTY OF SACRAMENTO, BLAKE GRINDER, KENNETH LLOYD, JOHN HIGLEY, ANDREW GARSIDE, GREG WHITE, KELLEY BUNN, GREGORY JOHNSON, CHARLES GAILEY, SCOTT JONES, PATRICIA ROBINSON-HARD and Does 1 through 100, *et al.* <br><br> Defendants | Case No.: 2:19-CV-00910-TLN-DB <br><br> **ORDER TO DISMISS PLAINTIFFS' CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE** |

Pursuant to the stipulation between Plaintiffs SILVIA SOTO, on behalf of herself and as Guardian Ad Litem for minor M.S., LATANYA ANDREWS, and MARLENIE MILES SOTO, and M.S. (collectively, "Plaintiffs") all claims against all Defendants, Defendant COUNTY OF SACRAMENTO along with BLAKE

GRINDER, KENNETH LLOYD, JOHN HIGLEY, ANDREW GARSIDE, KELLEY BUNN, GREGORY JOHNSON, CHARLES GAILEY, SCOTT JONES, Defendant PATRICIA ROBINSON-HARD, and Defendant GREG WHITE, (collectively "Defendants"), through their respective attorneys' of record, IT IS HEREBY ORDERED that Plaintiffs' claims against all Defendants in the above captioned action be and hereby are dismissed with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated:   January 31, 2022

Troy L. Nunley
United States District Judge